UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| USW Industry 401(K) Fund and its Trustees, et al. ) | |
| ) | Civil Action No: 3:12-1164 |
| Plaintiffs, ) | |
| ) | *Judge Campbell* |
| v. ) | *Magistrate Judge Brown* |
| ) | |
| Park End Homes for Adults, LLC, ) | |
| ) | |
| Defendant ) | |

## ENTRY OF DEFAULT

Pending is Plaintiffs' Request for Entry of Default Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure (FRCP) against Defendant (Docket Entry No. 11). A review of the record reveals that Defendant was served on November 19, 2012, and that since being served Defendant has failed to answer within the time period allowed by law. Entry of Default against Defendant is therefore appropriate.

Accordingly, for the reasons stated above, the Clerk hereby enters default pursuant to FRCP 55(a) against Defendant Park End Homes for Adults, LLC. This is an entry of default only. No default judgment will be granted except upon further motion pursuant to FRCP 55(b)(1) or (b)(2).

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court